# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,     )   CR 99-203 MJD/JGL
                              )   **INDICTMENT**
         Plaintiff,           )
                              )   (18 U.S.C. § 513)
     v.                       )
                              )
THOMAS BARRETT STRINGER,      )
                              )
         Defendant.           )

THE UNITED STATES GRAND JURY CHARGES THAT:

On or about the dates set forth in each count below, in the State and District of Minnesota, the defendant,

Thomas Barrett Stringer,

did knowingly possess and utter a counterfeited security of a state and a political subdivision thereof and of an organization, namely, counterfeited Northwest Airlines checks, with intent to deceive another person, organization, and government:

| COUNT | CHECK  | DATE    | AMOUNT  | PAYEE              |
|-------|--------|---------|---------|--------------------|
| 1     | 859351 | 12-3-97 | $880.00 | Thomas B. Stringer |
| 2     | 859365 | 12-3-97 | $878.00 | Thomas B. Stringer |
| 3     | 859345 | 12-3-97 | $895.00 | Thomas B. Stringer |
| 4     | 859360 | 12-3-97 | $889.00 | Thomas B. Stringer |
| 5     | 859352 | 12-3-97 | $883.00 | Thomas B. Stringer |
| 6     | 859359 | 12-3-97 | $879.00 | Thomas B. Stringer |
| 7     | 859342 | 12-3-97 | $758.00 | Thomas B. Stringer |
| 8     | 859343 | 12-3-97 | $768.00 | Thomas B. Stringer |
| 9     | 859344 | 12-3-97 | $795.00 | Thomas B. Stringer |
| 10    | 859349 | 12-3-97 | $775.00 | Thomas B. Stringer |



FILED JUL 2 1 1999
FRANCIS E. DOBAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| 11 | 859350 | 12-3-97 | $780.00 | Thomas B. Stringer |
| 12 | 859357 | 12-3-97 | $792.00 | Thomas B. Stringer |
| 13 | 859369 | 12-3-97 | $765.00 | Thomas B. Stringer |
| 14 | 859355 | 12-3-97 | $689.00 | Thomas B. Stringer |
| 15 | 859358 | 12-3-97 | $876.00 | Thomas B. Stringer |
| 16 | 859356 | 12-3-97 | $692.00 | Thomas B. Stringer |
| 17 | 859366 | 12-3-97 | $656.00 | Thomas B. Stringer |
| 18 | 859367 | 12-3-97 | $860.00 | Thomas B. Stringer |
| 19 | 859364 | 12-3-97 | $678.00 | Thomas B. Stringer |
| 20 | 859346 | 12-3-97 | $595.00 | Thomas B. Stringer |

All in violation of Title 18, United States Code, Section 513.

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY                                FOREPERSON

INVESTIGATING AGENCY: Secret Service

| COUNT | OFFENSE CHARGED | CITATION | PENALTY |
|-------|-----------------|----------|---------|
| 1-20 | Uttering Counterfeit Checks | 18 USC 513 | 10 years/$250,000 |
| | | | |
| | | | |
| | | | |
| | | | |

## PROCEEDING

[ ] Defendant is awaiting trial in another federal or state court.
   Name of Court:
[ ] Defendant/Proceeding is transferred from another district per FRCrP 20, 21 or 40.
   Rule: _____
   District:
[ ] Reprosecution of charges previously dismissed.
   Dismissed on motion of: [ ] U.S. Attorney  [ ] Defense
[ ] Prosecution relates to a pending case involving same defendant.
   Case No.
[ ] Prosecution relates to prior proceeding(s) or appearance(s) before U.S. Magistrate Judge.
   Magistrate Case No.

Name and Office of person furnishing information on this form: United States Attorney's Office

Name of assigned United States Attorney: David Reyes

──────────COMMENTS──────────

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

Thomas Barrett Stringer

## WARRANT FOR ARREST

CASE NUMBER: CR 99-203 (MJD/JGL)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Thomas Barrett Stringer
2662 East Sunrise Blvd, #190
Ft. Lauderdale, FL

and bring him or her forthwith to the nearest magistrate judge to answer a(n) indictment

charging him or her with uttering counterfeit checks, 18 USC 513

Ordered by James. M. Rosenbaum, United States District Court Judge

_(signature)_
(By) Deputy Clerk, Betty L. Williams

July 21, 1999 - Mpls, Minnesota

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____  Date of Arrest: _____

Name and Title of Arresting Officer  Signature of Arresting Officer