DEFT: Thomas Barrett Stringer (J)#        CASE NO: 00-2719 AMG
                                                                FILED by _____ D.C.
AUSA: Roger Powell                         ATTNY: _____ FPD

AGENT: _____            VIOL: _____       MAY 1 1 2000

PROCEEDING: PTD/Removal                    BOND REC: _____   CLARENCE MADDOX
                                                              CLERK U.S. DIST. CT.
                                                              S.D. OF FLA. FT. LAUD.

BOND HEARING HELD – yes/no                 COUNSEL APPOINTED:

_____ BOND SET @ _____        $ 500,000 CSB w/ relilua

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services; Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
    _____ Electronic Monitoring _____

No Bond hrg held —
Both sides stipulate
to a CSB w/ relilua,
reserving right to
proceed w/ PTD
at a later date.
A – Warres removal.

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTO/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: re removal        6-8-00        11:00am        BSS

DATE: 5-11-00        TIME: 10:00am        TAPE # 00-035 PG #

1036-1344