UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT.
ON 5-11-00 AT
_____, FLA.
Carlos Juenke, Clerk
United States District Court
Southern District of Florida

Case No: 00-2719-AMS

Dist. of Minn.# 99-203(MJD/JGL)

United States of America

v    **WAIVER OF REMOVAL HEARING**

Thomas Barrett Stringer

I    Thomas Barrett Stringer    , charged in a proceeding pending in the district of    Minnesota    , with violation of

Counterfeit Checks

and having been arrested in the Southern District of Florida and taken before Barry S. Seltzer, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the

district of    Minnesota    where the aforesaid charge is pending against me.

May  11 , 20 00           _____
                            Signature of defendant

_____ - 5/11/00
Barry S. Seltzer
United States Magistrate Judge