# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Thomas Barrett Stringer (J)# | CASE NO: | 00-2719-AMS |
| AUSA: | Roger Powell /Stefin | ATTNY: | FPD: Sam Smargon |
| AGENT: | | VIOL: | present |

PROCEEDING: Status re removal      BOND REC:

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

____ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

FILED by ___ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

A- will not pursue Rule 20

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONF: *before* renewal  9-25-00  11:00am  BSS
DATE: 6-8-00   TIME: 11:00am   TAPE # 00-045 PG # 7
3659-3700

00-064
1-100