UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 N. ROBERT ST., RM 708
ST. PAUL, MN. 55101

August 25, 2000

FRANCIS E. DOSAL, CLERK
PHONE: (651) 848-1100

Direct Reply to:
PATRICIA J. SABIN, Deputy Clerk
PHONE: (651) 848-1105

**00 - 6235 CR - FERGUSON**

Mr. Clarence Maddox
Clerk/Court Administrator
United States District Court
United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, FL 33301

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.
AUG 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Re:   THOMAS BARRETT STRINGER
      Our Case Number: Cr 99-203 MJD/JGL
      Your Case Number: unknown

Dear Clerk:

**Initial Transfer Out**

☐   Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received we will forward you certified copies of the pertinent documents.

**Final Transfer Out**

☐   Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquire Report.

**Transfer In**

☐   Enclosed please find Probation Form 22 indicating that our court has accepted jurisdiction. Please forward certified copies of Probation Form 22, charging document, Judgment & Commitment Order, *Financial Case Inquiry Report* (or proof that all monies have been paid) and Docket Sheet for this defendant

**Rule 40 Removal Proceedings**

☐   Enclosed please find certified copies of all documents filed in our court.

**Rule 20**

☒   Enclosed please find certified copies of the Docket Sheet, charging instrument, and the Consent to Transfer pursuant to Rule 20.

Please acknowledge receipt of these documents by returning a copy of the enclosed letter.

Sincerely,

FRANCIS E. DOSAL, CLERK

*Patricia J. Sabin*
Patricia J. Sabin, Deputy Clerk

cc:   E. David Reyes, Assistant U. S. Attorney
      U.S. Marshal Service (Rule 20 & 40 only)
      Pretrial Services (Rule 20 & 40 only)

```
                                                    TERMED 4TH
                    U.S. District Court
                    District of Minnesota

            CRIMINAL DOCKET FOR CASE #: 99-CR-203-ALL
```

USA v. Stringer                                    Filed: 07/21/99
Dkt# in other court: None

Case Assigned to:  Judge Michael J Davis
Case Referred to:  Magistrate Judge Jonathan G Lebedoff

THOMAS BARRETT STRINGER (1)
     defendant
  [term  08/23/00]

Pending Counts:

   NONE


Terminated Counts:                    Disposition

18:513 UTTERING COUNTERFEIT          Rule 20 to the Southern
CHECKS                               District of Florida / Fort
(1 - 20)                             Lauderdale
                                     (1 - 20)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

   Emilio David Reyes
   [COR LD NTC]
   US Attorney
   600 US Courthouse
   300 4th St S
   Mpls, MN 55415
   (612) 664-5600



A true copy in ___2___ sheets (6) of the record in my custody.
CERTIFIED _8/25/__
BY: _____ Francis E. Dosal, Clerk
         Deputy Clerk

```
Proceedings include all events.                              TERMED
0:99cr203-ALL USA v. Stringer
                                                                 4TH
7/21/99  1      INDICTMENT assigned to Judge Michael J. Davis, referred to
                Magistrate Judge Jonathan G. Lebedoff by USA Emilio David
                Reyes. Counts filed against Thomas Barrett Stringer (1)
                counts 1-20. Warrant issued for Thomas Barrett Stringer. 2
                pgs (dd) [Entry date 07/22/99]

7/21/99  --     BENCH WARRANT issued for Thomas Barrett Stringer by Judge
                James M. Rosenbaum (dd) [Entry date 07/22/99]

8/17/00  2      BENCH Warrant returned executed as to Thomas Barrett
                Stringer  on 5/2/00. 1pg (lg) [Entry date 08/17/00]

8/23/00  3      RULE 20 CONSENT TO TRANSFER JURISDICTION to the Southern
                District of Florida / Fort Lauderdale as to deft Thomas
                Barrett Stringer. (cc: all counsel, USM, PT) 1 page (ps)
                [Entry date 08/25/00]

8/25/00  --     TRANSMITTAL OF DOCUMENTS: Sent certified copies of file to
                Southern District of Florida as to deft Thomas Stringer. (ps)
                [Entry date 08/25/00]
```

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | CR 99-203 MJD/JGL |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | (18 U.S.C. § 513) |
| | ) | |
| THOMAS BARRETT STRINGER, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

On or about the dates set forth in each count below, in the State and District of Minnesota, the defendant,

Thomas Barrett Stringer,

did knowingly possess and utter a counterfeited security of a state and a political subdivision thereof and of an organization, namely, counterfeited Northwest Airlines checks, with intent to deceive another person, organization, and government:

| COUNT | CHECK | DATE | AMOUNT | PAYEE |
|---|---|---|---|---|
| 1 | 859351 | 12-3-97 | $880.00 | Thomas B. Stringer |
| 2 | 859365 | 12-3-97 | $878.00 | Thomas B. Stringer |
| 3 | 859345 | 12-3-97 | $895.00 | Thomas B. Stringer |
| 4 | 859360 | 12-3-97 | $889.00 | Thomas B. Stringer |
| 5 | 859352 | 12-3-97 | $883.00 | Thomas B. Stringer |
| 6 | 859359 | 12-3-97 | $879.00 | Thomas B. Stringer |
| 7 | 859342 | 12-3-97 | $758.00 | Thomas B. Stringer |
| 8 | 859343 | 12-3-97 | $768.00 | Thomas B. Stringer |
| 9 | 859344 | 12-3-97 | $795.00 | Thomas B. Stringer |
| 10 | 859349 | 12-3-97 | $775.00 | Thomas B. Stringer |

A true copy in 2 sheets (s)
of the record in my custody.
CERTIFIED 8-25-00
Francis E. Dosal, Clerk
BY: [signature]
Deputy Clerk



FILED JUL 2 1 1999
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| 11 | 859350 | 12-3-97 | $780.00 | Thomas B. Stringer |
| 12 | 859357 | 12-3-97 | $792.00 | Thomas B. Stringer |
| 13 | 859369 | 12-3-97 | $765.00 | Thomas B. Stringer |
| 14 | 859355 | 12-3-97 | $689.00 | Thomas B. Stringer |
| 15 | 859358 | 12-3-97 | $876.00 | Thomas B. Stringer |
| 16 | 859356 | 12-3-97 | $692.00 | Thomas B. Stringer |
| 17 | 859366 | 12-3-97 | $858.00 | Thomas B. Stringer |
| 18 | 859367 | 12-3-97 | $860.00 | Thomas B. Stringer |
| 19 | 859364 | 12-3-97 | $678.00 | Thomas B. Stringer |
| 20 | 859346 | 12-3-97 | $595.00 | Thomas B. Stringer |

All in violation of Title 18, United States Code, Section 513.

A TRUE BILL

_____
UNITED STATES ATTORNEY

_____
FOREPERSON

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

Thomas Barrett Stringer

## WARRANT FOR ARREST

CASE NUMBER: CR **99-203 (MJD/JGL)**

To: The United States Marshal
and any Authorized United States Officer

9941-0722-0446-J

YOU ARE HEREBY COMMANDED to arrest Thomas Barrett Stringer
2662 East Sunrise Blvd, #190
Ft. Lauderdale, FL

and bring him or her forthwith to the nearest magistrate judge to answer a(n) indictment

charging him or her with uttering counterfeit checks, 18 USC 513

Ordered by James. M. Rosenbaum, United States District Court Judge

_Betty L. Williams_ (signature)
(By) Deputy Clerk, Betty L. Williams

July 21, 1999 - Mpls, Minnesota

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____    Date of Arrest: _____

Name and Title of Arresting Officer    Signature of Arresting Officer

A true copy in my custody
of the record 8-25-00
CERTIFIED Francis E. Dosal, Clerk
BY: _____ Deputy Clerk

checks (s)

ARRESTED ON  5/2/00
ARRESTED BY  Secret Service
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _Heather Huichut_
(2)

FILED AUG 17 2000
FRANCIS E. DOSAL, CLERK

JUDGMENT ENTD _____
DEPUTY CLERK

n:/.../warrant.frm

In the United States District Court

for the _____ District of Minnesota

United States of America )
                         )
v.                       )    Criminal No. 99-203(MJD/JGL)
                         )
Thomas B. Stringer       )

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, Thomas B. Stringer, defendant, have been informed that a indictment _____ (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty (*guilty, nolo contendere*) to the offense charged, to consent to the disposition of the case in the Southern District of ~~Minnesota~~ Florida (Fort Lauderdale) in which I am held _____ (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: July 18, 2000 at Miami, Fl.

(Defendant) Thomas B. Stringer

(Witness)

(Counsel for Defendant)

A true copy in 1 sheets(s)
of the record in my custody.
CERTIFIED 8-25-00
Francis E. Oneil, Clerk
BY: _____ Deputy Clerk

FILED AUG 2 3 2000
FRANCIS E. DOBAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Approved

GUY A. LEWIS
Asst. United States Attorney for the      United States Attorney for the
_____ District of Minnesota        Southern District of Florida

FORM USA-151