UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA            WDF
UNITED STATES OF AMERICA,            CASE NO. 00-6236-CR-~~DIMITROULEAS~~

00 6235 CR - WDF

Plaintiff,

vs.

THOMAS BARRETT STRINGER,

Defendant.

_____/

## ORDER OF TRANSFER

THIS CAUSE having been heard upon Government's September 1, 2000 Motion To Consolidate Indictments, said Motions are GRANTED. Case Numbers 00-6235-CR-DIMITROULEAS and 00-6236-CR-DIMITROULEAS are consolidated to Dimitrouleas.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2000.

Accepting Judge:

WILLIAM P. DIMITROULEAS
United States District Judge

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of September, 2000.

Relinquishing Judge:

WILKIE D. FERGUSON
United States District Judge

Roger Powell, AUSA

Sam Smargon, AFPD

10