## CRIMINAL MINUTES

FILED _____ D.C.
NOV 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6133-CR
00-6327-CR
00-6235-CRV WPD
00-6336-CR
DATE: November 24, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Pratt     INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Thomas Barrett Stringer

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: John Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed
43 months BOP on each Count to Run Concurrent, 3 yrs Sup Rel, No Fine
$20,237.85 Restitution, $500 assessment

Court Recommends designation to a facility in SD/FL.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal