UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 00-6133-CR-DIMITROULEAS |
| Plaintiff, | 00-6227-CR-DIMITROULEAS |
| | 00-6235-CR-DIMITROULEAS ✓ |
| vs. | 00-6236-CR-DIMITROULEAS |
| THOMAS BARRETT STRINGER, | |
| Defendant. | |

FILED by _____ D.C.
NOV 30 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS MATTER having come before the Court on Defendant's <u>pro se</u> November 21, 2004 letter[1]/motion to suspend payments and after due consideration, it is

ORDERED AND ADJUDGED that Defendant's letter/motion to suspend payments is Denied. Defendant has not articulated any basis for this Court to exercise jurisdiction.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of November, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Powell, AUSA
Samuel Smargon, AFPD

Thomas B. Stringer, #60633-004
FCI - Unit 5802
P.O. Box 7000
Ft. Dix, NJ 08640

---

[1] The Court has no recollection of receiving a previous October 22, 2004 letter.

